AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Henry J. Dukes | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.: 4:12-cv-3587-TMC |
| | ) | |
| Joseph McFadden | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:. This Amended Petition is DISMISSED without prejudice and without requiring Respondent to file an Answer or return. The Court declines to issue a Certificate of Appealability.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  March 4, 2013                              *CLERK OF COURT*

                                                  s/Debbie Stokes
                                                  Deputy Clerk